# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD P. GLUNK, | : | |
|     Plaintiff | : | No. 1:14-cv-00659 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| PENNSYLVANIA STATE BOARD | : | |
| OF MEDICINE, <u>et al.</u>, | : | |
|     Defendants | : | |
| | : | |
| | : | |

## ORDER

**AND NOW,** on this 12th day of February 2015, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Blewitt's Report and Recommendation (Doc. No. 13) is **ADOPTED IN PART**;

2. Defendants' motion to dismiss (Doc. No. 6) is **GRANTED IN PART**;

3. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

4. Plaintiff is granted leave to file an amended complaint within 21 days of this order; and

5. This matter is referred to Chief Magistrate Judge Carlson for reassignment for further proceedings.

                                                                S/ Yvette Kane
                                               Yvette Kane, District Judge
                                               United States District Court
                                               Middle District of Pennsylvania