IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| RICHARD P. GLUNK, M.D. | : | CIVIL ACTION NO. 1:CV-14-cv-659 |
|---|---|---|
| Plaintiff | : | (JUDGE KANE) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| PENNSYLVANIA STATE BOARD OF MEDICINE, et al. | : | |
| Defendants | : | |

## O R D E R

Before the Court in the captioned action is a September 8, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed. **ACCORDINGLY**, this 28th day of September, 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 42) of Magistrate Judge Carlson.

2) Defendants' Motions to Dismiss (Doc. Nos. 39 and 41) are **GRANTED** and the Pennsylvania State Board of Medicine and the Pennsylvania Department of State are **DISMISSED** from this lawsuit.

3) The matter is **REFERRED** back to the Magistrate Judge for further pretrial management and to rule on any pending motions.

                                                    s/ Yvette Kane
                                                    YVETTE KANE, District Judge
                                                    United States District Court
                                                    Middle District of Pennsylvania